UNITED STATES DISTRICT COURT

**FILED**

JAN 3 0 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| RANDALL CASSEDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-2272 (UNA) |
| | ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

The Court provisionally permitted the above-captioned action to be filed on December 21, 2011. At that time, the Court directed plaintiff to submit a certified copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined, as required by the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915. Plaintiff since has filed three motions, and has yet to produce the required trust fund account statement. The Court will deny the plaintiff's motions and dismiss this action without prejudice. An Order is issued separately.

DATE: 1-27-12

_____
United States District Judge